UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER,                          :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :        Case No. 1:20-cv-16042-NLH-AMD
                                        :
RACKSON RESTAURANTS, LLC,               :
                                        :
    Defendant.                          :
                                        :

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, RACKSON RESTAURANTS, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Timothy E. Corriston
Timothy E. Corriston, Esq.
Connell Foley LLP
56 Livingston Ave
Roseland, NJ 07068
(973) 535-0500
tcorriston@connellfoley.com
*Attorney for Defendant*

Dated: July 26, 2021